# United States Bankruptcy Court
For The
District of Nevada

Case No: 10-50742-GWZ

**IN RE:** KIMBERLY R. DAVIS-CLEMENT　　　BRICE R. CLEMENT　　　SSN #1: XXX-XX-5654
　　　　　P.O. BOX 60392　　　　　　　　　　　P.O. BOX 60392　　　　SSN #2: XXX-XX-0461
　　　　　RENO, NV 89506　　　　　　　　　　　RENO, NV 89506

### CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS
### OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that William A. Van Meter, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the Claims Bar Date.

PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claims(s) filed with the Clerk contains the same information set forth on the attached List of Scheduled and Filed Claims to include but not limited to: (1) the creditor's claim was filed or not filed; (2) the creditor's address to receive payments is accurate; (3) the claim amount is accurate; (4) that the classification of the creditor's claim as either "secured", "priority", "unsecured", "direct pay by debtor", "not filed" or such other applicable classification, is accurate; (5) and that the treatment and payment of each creditor's claim including, if appropriate, the payment of and rate of interest, is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy court, is not accurate for any reason, including the reasons set forth above, then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of filed Claims, Classification and Proposed Distribution on or before February 16, 2011. The written objection must be filed or e-filed with the Clerk of the U.S. Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is P.O. Box 6630, Reno, NV 89513, along with the date, time and place of the hearing on the objection.

PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditor(s) of filed claims, Classification and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following List of Scheduled and Filed Claims is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution. The Plan provides that the Debtor will pay a specific dollar amount into the Plan. The exact percentage of distribution to unsecured non-priority claims will depend upon the amount of all claims ultimately allowed in this case.

# United States Bankruptcy Court
For The
District of Nevada

**IN RE:** KIMBERLY R. DAVIS-CLEMENT  
P.O. BOX 60392  
RENO, NV 89506

BRICE R. CLEMENT  
P.O. BOX 60392  
RENO, NV 89506

Case No: 10-50742-GWZ  
SSN #1: XXX-XX-5654  
SSN #2: XXX-XX-0461

## LIST OF SCHEDULED AND FILED CLAIMS

| Claim # | Name and Address of Creditor | Amount | Expected Dist. | Classification |
|---|---|---|---|---|
| 799 | SEAN P. PATTERSON, ESQ. / 232 COURT STREET<br>RENO, NV 89501 | 3,000.00 | 3,000.00 | Attorney |
| 003A | WELLS FARGO BANK, N.A. / 3476 STATEVIEW BLVD.<br>MAC #X7801-014 / FORT MILL, SC 29715 | 9,136.87 | 9,136.87 | Secured |
| 001 | REMITTANCE ASSISTANCE CORP / P. O. BOX 20849<br>RENO, NV 89515-0849 | 4,525.25 | PRORATA | Unsecured |
| 002 | CAPITAL ONE BANK USA, N.A. / c/o AMERICAN INFOSOURCE, LP<br>P.O. BOX 71083 / CHARLOTTE, NC 28272-1083 | 6,301.29 | PRORATA | Unsecured |
| 005 | WELLS FARGO BANK / MAC S4101-08C<br>100 W. WASHINGTON STREET / PHOENIX, AZ 85003 | 11,158.48 | PRORATA | Unsecured |
| 008 | ADVANTA BANK CORP. / C/O BECKET & LEE, LLP<br>P.O. BOX 3001 / MALVERN, PA 19355-0701 | 5,628.13 | PRORATA | Unsecured |
| 009 | PRECISION RECOVERY ANALYTICS, INC. / C/O B-LINE, LLC - MS 550<br>PO BOX 91121 / SEATTLE, WA 9811 -9221 | 3,174.80 | PRORATA | Unsecured |
| 010 | AMERICAN EXPRESS / C/O BECKET & LEE<br>P.O. BOX 3001 / MALVERN, PA 19355-0701 | 1,028.78 | PRORATA | Unsecured |
| 011 | GE CONSUMER FINANCE / C/O GE MONEY BANK<br>P.O. BOX 960061 / ORLANDO, FL 32896-0061 | 7,279.44 | PRORATA | Unsecured |
| 012 | CR EVERGREEN, LLC. / MS 550<br>P.O. BOX 91121 / SEATTLE, WA 98111-9221 | 6,255.92 | PRORATA | Unsecured |
| 013 | CAPITAL ONE BANK USA, N.A. / c/o AMERICAN INFOSOURCE, LP<br>P.O. BOX 71083 / CHARLOTTE, NC 28272-1083 | 3,729.68 | PRORATA | Unsecured |
| 014 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 12,175.95 | PRORATA | Unsecured |
| 016 | BANK OF AMERICA/FIA CARD SERVICES / C/O PRA RECEIVABLES MGMT.<br>P.O. BOX 12907 / NORFOLK, VA 23541 | 42,942.15 | PRORATA | Unsecured |
| 017 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 2,096.79 | PRORATA | Unsecured |
| 105 | AESTHETICARE, INC. / 960 CAUGHLIN CROSSING N<br>SUITE 100 / RENO, NV 89519 | None | None | Not Filed<br>.00 |

# United States Bankruptcy Court
For The
District of Nevada

Case No: 10-50742-GWZ

**IN RE:** KIMBERLY R. DAVIS-CLEMENT  
P.O. BOX 60392  
RENO, NV 89506

BRICE R. CLEMENT  
P.O. BOX 60392  
RENO, NV 89506

SSN #1: XXX-XX-5654  
SSN #2: XXX-XX-0461

## LIST OF SCHEDULED AND FILED CLAIMS

| Claim # | Name and Address of Creditor | Amount | Expected Dist. | Classification |
|---|---|---|---|---|
| 108 | BANK OF AMERICA / PO BOX 1598<br>NORFOLK, VA 23501 | None | None | Not Filed<br>.00 |
| 113 | CAPITAL ONE / P.O. BOX 85520<br>RICHMOND, VA 23285-5012 | None | None | Not Filed<br>.00 |
| 117 | PYRAMID HEALTH / 2281 PYRAMID WAY #9<br>SPARKS, NV 89431 | None | None | Not Filed<br>.00 |
| 119 | REMITTANCE ASSISTANCE CORP / P. O. BOX 20849<br>RENO, NV 89515-0849 | None | None | Not Filed<br>.00 |
| 122 | TOMAS DEBRUIN / 631 SIERRA ROSE DR., STE A<br>RENO, NV 89511 | None | None | Not Filed<br>.00 |
| 003 | WELLS FARGO BANK, N.A. / 3476 STATEVIEW BLVD.<br>MAC #X7801-014 / FORT MILL, SC 29715 | | | DirectPay<br>389,500.00 |
| 004 | SALLIE MAE GUARANTEE SERVICES / BANKRUPTCY LITIGATION UNIT E3<br>P.O. BOX 9430 / WILKES-BARRE, PA 18773-9430 | | | DirectPay<br>3,091.15 |
| 006 | SALLIE MAE GUARANTEE SERVICES / BANKRUPTCY LITIGATION UNIT E3<br>P.O. BOX 9430 / WILKES-BARRE, PA 18773-9430 | | | DirectPay<br>2,226.71 |
| 007 | SALLIE MAE GUARANTEE SERVICES / BANKRUPTCY LITIGATION UNIT E3<br>P.O. BOX 9430 / WILKES-BARRE, PA 18773-9430 | | | DirectPay<br>3,601.04 |
| 015 | FREEDOM ROAD FINANCIAL / C/O CAPITAL RECOVERY GROUP 20016<br>P.O. BOX 29426 / PHOENIX, AZ 85038-9426 | | | DirectPay<br>6,977.36 |
| 101 | CLEARSTAR FINANCIAL CREDIT / P.O. BOX 7255<br>RENO, NV 89510 | | | DirectPay<br>.00 |

Total    118,433.53

Debtor  
KIMBERLY R. DAVIS-CLEMENT  
P.O. BOX 60392  
RENO, NV 89506

BRICE R. CLEMENT  
P.O. BOX 60392  
RENO, NV 89506

Dated: Jan 17, 2011

/S/ Bea Meyers  
_____  
Bea Meyers