```
SEAN P. PATTERSON, Esq.                ELECTRONICALLY FILED
STATE BAR NUMBER 5736                         7-26-13
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE: | CASE NO: BK-N 10-50742-GWZ |
| KIMBERLY R. DAVIS-CLEMENT | (Chapter 13) |
| BRICE CLEMENT (deceased) | **SUGGESTION OF DEATH** |
| | HEARING DATE: N/A |
| | HEARING TIME: N/A |
| Debtors. | TIME REQUIRED: N/A |

The debtor, KIMBERLY DAVIS-CLEMENT, by and through her attorney, SEAN P. PATTERSON Esq., files the following suggestion of death. Mr. Clement died on June 12, 2013. A copy of the death certificate is attached hereto as Exhibit "A" and incorporated herein by reference.

RESPECTFULLY SUBMITTED this 26th day of July, 2013.

/s/ SEAN P. PATTERSON, ESQ.
SEAN P. PATTERSON, Esq.

1

CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, Rule 5(b), I hereby certify that I am an employee of the law firm of **SEAN P. PATTERSON**, 232 Court Street, Reno, Nevada 89501; and that on this date, I mailed a true and correct copy of the foregoing document via the United States mail, postage prepaid to:

Kimberly R. Davis-Clement
65 Oregon Blvd.
Reno, Nv. 89506

This document was sent by electronic mail to:

William Van Meter
Chapter 13 Trustee

DATED: July 26, 2013

/s/ SEAN P. PATTERSON, ESQ.
SEAN P. PATTERSON, ESQ.

2

EXHIBIT "A"

# WASHOE COUNTY HEALTH DISTRICT
## VITAL STATISTICS - RENO, NEVADA
### CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2013010266

**DECEDENT**
- Name: Brice Robert CLEMENT
- Date of Death: June 12, 2013
- County of Death: Washoe
- City/Location of Death: Reno
- Hospital: Renown Regional Medical Center
- Emergency Room / Outpatient
- Sex: Male
- Race: White
- Hispanic Origin: No - Non-Hispanic
- Age: 45
- Date of Birth: August 02, 1967
- State of Birth: Oregon
- Citizen of: United States
- Education: 14
- Marital Status: Married
- Surviving Spouse: Kimberly Renee DAVIS
- Social Security Number: 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
- Usual Occupation: Parts Supervisor
- Kind of Business/Industry: Construction
- Ever in US Armed Forces: No
- Residence State: Nevada
- County: Washoe
- City: Reno
- Street and Number: 65 Oregon Blvd
- Inside City Limits: Yes

**PARENTS**
- Father: Robert Walter CLEMENT
- Mother: Dorothy Fredericka KLINGLER

**Informant:** Kimberly Renee CLEMENT
**Mailing Address:** 65 Oregon Blvd, Reno, Nevada 89506

**DISPOSITION**
- Burial/Cremation: Cremation
- Cemetery/Crematory: Sierra Crematory
- Location: Reno, Nevada 89503
- Funeral Director: BLAKE HOWE (Signature Authenticated)
- Funeral Director License: 822
- Facility: Walton's Funeral Home, Reno, 875 West Second St, Reno, NV 89503

**CERTIFIER**
- PIOTR KUBICZEK M.D. (Signature Authenticated)
- Date Signed: June 21, 2013
- Hour of Death: 21:04
- Pronounced Dead: June 12, 2013 at 21:04
- Name and Address of Certifier: Piotr Kubiczek M.D., 10 Kirman Ave, Reno, NV 89520
- License Number: 11910

**REGISTRAR**
- BRIDGES SANDI (Signature Authenticated)
- Date Received by Registrar: June 24, 2013
- Death Due to Communicable Disease: NO

**CAUSE OF DEATH**
- PART I Immediate Cause: Perforating Gunshot Wound of the Head
- Due to or as a consequence of: [blank]
- Due to or as a consequence of: [blank]
- Due to or as a consequence of: [blank]

- PART II Other Significant Conditions: [blank]
- Autopsy: No
- Was case referred to Coroner: Yes

- Manner of Death: Suicide
- Date of Injury: June 12, 2013
- Hour of Injury: 2009
- Describe How Injury Occurred: Shot himself
- Injury at Work: No
- Place of Injury: Residence
- Location: 65 Oregon Blvd
- City or Town: Reno
- State: Nevada

**STATE REGISTRAR**

000121930    **CERTIFIED COPY OF VITAL RECORDS**

This is a true and exact reproduction of the document officially registered and placed on file in the office of the State Registrar of Vital Records.

Date Issued: 06/25/2013

DEPUTY REGISTRAR    SIGNATURE AUTHENTICATED